IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case 15-cv-01889-REB-CBS

RODOLFO LLACUA;
ESLIPER HUAMAN;
LEOVEGILDO VILCHEZ GUERRA;
LIBER VILCHEZ GUERRA;
RAFAEL DE LA CRUZ;
and those similarly situated

    Plaintiffs,

v.

WESTERN RANGE ASSOCIATION;
MOUNTAIN PLAINS AGRICULTURAL SERVICE;
MARTIN AUZA SHEEP CORPORATION;
NOTTINGHAM LAND AND LIVESTOCK, LLLP;
TWO BAR SHEEP CORPORATION, LLC;
BALL BROTHERS SHEEP COMPANY;
ESTILL RANCHES, LLC;
CUNNINGHAM SHEEP COMPANY;
DENNIS RICHINS DBA DENNIS RICHINS LIVESTOCK; and
CHILD RANCH, LLC

    Defendants.

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Comes now, the above-named Plaintiffs, on behalf of themselves and those similarly situated, with this response:

Subsequent to Defendant Mountain Plains Agricultural Service's Motion to Dismiss [Docs. 10 & 11], the Plaintiffs filed their First Amended Complaint [Doc. 32]. The Motion to Dismiss is now moot and should be withdrawn by the Defendant or denied.  *See Gilles v. U.S.*, 906 F.2d 1386, 1389 (10th Cir. 1990).

Respectfully Submitted,

s/Alexander Hood
Alexander Hood
Towards Justice
Attorney and Director of Litigation
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorney for the Plaintiffs

**Certificate of Service**

      I hereby certify that on October 28, 2015 I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*

Justin David Cumming
L. Anthony George
Kenneth F. Rossman, IV
James Larry Stine
Elizabeth K. Dorminey
Raymond Perez, II
Billie Jean Siddoway
Ellen Jean Winograd

                                                s/Alexander Hood
                                                Alexander Hood