IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01889-REB-CBS | Date: November 13, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                    *Counsel:*

RODOLFO LLACUA, *et al.,*                    Dermot Lynch
                                                              Alexander Hood

Plaintiff,

v.

WESTERN RANGE ASSOCIATION, *et al.,*   Amber Munck
                                                              James Stine (by phone)
                                                              Kenneth Rossman, IV
                                                              Bradford Axel (by phone)
                                                              Billie Siddoway (by phone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 10:39 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *[23] Defendant Mountain Plains Agricultural Service's and Western Range Association's Motion to Stay This Matter Pending Resolution of Parties' Motions to Dismiss or in the Alternative Motion to Extend Rule 26(f) Conference*. Discussion and argument regarding the motion.

**ORDERED:** A Scheduling Conference is set for **December 17, 2015 at 12:30 p.m.** A proposed Scheduling Order shall be submitted on or before **December 14, 2015.** The proposed Scheduling Order shall contemplate phased discovery. Parties shall exchange Rule 26(a)(1) Disclosures by **December 7, 2015.**

*[23] Defendant Mountain Plains Agricultural Service's and Western Range Association's Motion to Stay This Matter Pending Resolution of Parties' Motions to Dismiss or in the Alternative Motion to Extend Rule 26(f) Conference* is **DENIED without prejudice** to any parties' right to re-formulate a more focused motion.

>To the extent Plaintiff's counsel intends to file an amended complaint in response to the motions to dismiss, they shall initiate a conference call with defense counsel by **November 20, 2015** to advise them.

Hearing Concluded.

**Court in recess: 11:14 a.m.**
Time in court: 00:35

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.