IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01889-REB-CBS | Date: February 18, 2016 |
| <u>Courtroom Deputy: Molly Davenport</u> | FTR Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| RODOLFO LLACUA, *et al.,* | David Seligman |
| | Dermot Lynch |
| | Alexander Hood |
| Plaintiff, | |
| v. | |
| WESTERN RANGE ASSOCIATION | Amber Munck |
| | Naomi Beer |
| MOUNTAIN PLAINS AGRICULTURAL | |
| SERVICE | James Stine |
| MARTIN AUZA SHEEP CORPORATION | Laura La Val |
| NOTTINGHAM LAND AND LIVESTOCK, LLLP | Justin Cumming |
| TWO BAR SHEEP CORPORATION, LLC | Kenneth Rossman |
| BALL BROTHERS SHEEP COMPANY | |
| ESTILL RANCHES, LLC | |
| DENNIS RICHINS | |
| CHILD RANCH, LLC | |
| CUNNINGHAM SHEEP COMPANY | Bradford Axel |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE DISCOVERY/STATUS CONFERENCE**

**Court in session: 01:32 p.m.**
Court calls case. All parties appeared by telephone.

IT IS ORDERED that all propounded discovery requests are considered withdrawn.

The Court will make available their jury deliberation room for the parties to use on the morning of March 8, 2016 to meet regarding discovery and case management.

A Scheduling Conference is set for **March 8, 2016 at 1:30 p.m**. before Magistrate Judge Craig Shaffer, Room A402, Arraj Courthouse, Denver.

Hearing Concluded.

**Court in recess: 02:50 p.m.**
Time in court: 01:18

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.