IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01889-REB-CBS | Date: March 8, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                            *Counsel:*

RODOLFO LLACUA, *et al.,*                          David Seligman
                                                                      Alexander Hood

Plaintiff,

v.

WESTERN RANGE ASSOCIATION, *et al.,*      Amber Munck
                                                                      James Stine
                                                                      Lauren La Val (by phone)
                                                                      Kenneth Rossman
                                                                      Billie Siddoway
                                                                      Bradford Axel

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 01:31 p.m.**
Court calls case.  Appearances of counsel.

Counsel addresses the court in regards to what discovery the parties will be requesting.  Parties are in the process of drafting a protective order.   Parties have agreed to re-issue discovery requests by **March 25, 2016** and will file a Joint Status Report on **June 3, 2016.**

Plaintiffs' counsel will prepare a stipulated schedule with issues and deadlines discussed today.

**ORDERED:**  A Telephone Status Conference is set for **June 14, 2016 at 1:30 p.m.** to discuss the status of the case and the joint status report.  Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference**

**call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Hearing concluded.

**Court in recess: 01:58 p.m.**
Total time in court:    00:27

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.