**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01889-REB-CBS

RODOLFO LLACUA,
ESLIPER HUAMAN, and those similarly situated,

    Plaintiffs,

v.

WESTERN RANGE ASSOCIATION;
MOUNTAIN PLAINS AGRICULTURAL SERVICE;
MARTIN AUZA SHEEP CORPORATION;
NOTTINGHAM LAND AND LIVESTOCK, LLLP;
TWO BAR SHEEP CORPORATION, LLC;
BALL BROTHERS SHEEP COMPANY;
ESTILL RANCHES, LLC;
CUNNINGHAM SHEEP COMPANY;
DENNIS RICHINS DBA DENNIS RICHINS LIVESTOCK; and
CHILD RANCH, LLC,

    Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal of All Claims Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(I)** [#116][1] filed March 29, 2016. After careful review of the notice and the file, I conclude that the notice should be approved and that the claims of the plaintiffs against defendants, Ball Brothers Sheep Company, Estill Ranches, LLC, and Child Ranch, LLC, should be dismissed without

---

[1] "[#116]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Notice of Voluntary Dismissal of All Claims Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(I)** is approved;

      2.  That the claims of the plaintiffs against defendants, Ball Brothers Sheep Company, Estill Ranches, LLC, and Child Ranch, LLC, are dismissed without prejudice with the affected parties to pay their own attorney fees and costs; and

      3.  That defendants, Ball Brothers Sheep Company, Estill Ranches, LLC, and Child Ranch, LLC, are dropped as parties to this action, and the caption shall be amended accordingly.

      Dated March 31, 2016, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge