IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-01889-REB-CBS     Date: April 01, 2016
Courtroom Deputy: Ellen E. Miller     FTR – Reporter Deck-Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| RODOLFO LLACUA, | Alexander N. Hood |
| ESLIPER HUAMAN, | Nina E. DiSalvo |
| and those similarly situated, | Andrew A. Schmidt |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| WESTERN RANGE ASSOCIATION; | Ambur J. Munck |
| MOUNTAIN PLAINS AGRICULTURAL SERVICE; | J. Larry Stine |
| MARTIN AUZA SHEEP CORPORATION; | J. Roderick Betts |
| NOTTINGHAM LAND AND LIVESTOCK, LLLP; | Kenneth F. Rossman, IV |
| TWO BAR SHEEP CORPORATION, LLC; | Bradford J. Axel |
| BALL BROTHERS SHEEP COMPANY; | Andrew G. Deiss |
| ESTILL RANCHES, LLC; | |
| CUNNINGHAM SHEEP COMPANY; | |
| DENNIS RICHINS | |
| DBA DENNIS RICHINS LIVESTOCK; and | |
| CHILD RANCH, LLC, | |
| | |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in session:** 1:36 p.m.
Court calls case. Appearances of counsel.
Argument is heard. Discussion is held.

**It is ORDERED:**     Defendant Martin Auza Sheep Company's MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [Docket No. **83,** filed January 08, 2016] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

| | |
|---|---|
| **It is ORDERED:** | Defendant Cunningham Sheep Company's MOTION TO DISMISS COUNTS I, II, AND III OF PLAINTIFFS' SECOND AMENDED COMPLAINT [Docket No. **86,** filed January 08, 2016] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order. |
| **It is ORDERED:** | Defendant Western Range Association's MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [Docket No/ **87,** filed January 08, 2016] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order. |
| **It is ORDERED:** | Defendant Nottingham Land and Livestock, LLLP's and Two Bar Sheep Co, LLC's   MOTION TO DISMISS SECOND AMENDED COMPLAINT   [Docket No. **88**, filed January 08, 2016] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order. |
| **It is ORDERED:** | MOTION TO DISMISS CLAIMS AGAINST CHILD RANCH, LLC, ESTILL RANCHES, LLC, AND DENNIS RICHINS d/b/a DENNIS RICHINS LIVESTOCK [ Docket No. **89,** filed January 08, 2016] is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order. |

Notice of Voluntary Dismissal of All Claims Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(I) dismissed all claims against defendants   BALL BROTHERS SHEEP COMPANY, CHILD RANCH, LLC, and  ESTILL RANCHES, LLC. [Docket No. 116]. Order Dismissing Parties entered by Judge Blackburn [Docket No. 117, filed March 31, 2016].

| | |
|---|---|
| **It is ORDERED:** | Defendant Mountain Plains Agricultural Service's MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [Docket No.  **91**, filed January 08, 2016]  is **TAKEN  UNDER  ADVISEMENT.** The court will issue its written Order. |

HEARING CONCLUDED.

**Court in recess:**    4:06 p.m.
Total time in court: 02:31

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.