**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 15-cv-01889-REB-CBS

RODOLFO LLACUA, *et al.*

     Plaintiffs,

v.

WESTERN RANGE ASSOCATION, *et al.*

     Defendants.

---

## MOTION TO WITHDRAW

---

     Pursuant to Local Attorney Rule 5(b), Dermot Lynch moves to withdraw as counsel of record for all Plaintiffs. There is good cause for this motion as the funding for Mr. Lynch's public interest fellowship at Towards Justice is ending and he will be relocating to a firm in Washington, D.C. In addition, Alexander Hood, David Seligman, Andrew Schmidt, and Nina Di Salvo will continue to represent all Plaintiffs in this litigation.

     Respectfully submitted,

     s/Dermot Lynch
     Dermot Lynch
     1535 High Street, Suite 300
     Denver, CO 80218
     Tel: (970) 329-1044
     Fax: (303) 957-2289
     Email: dermot@towardsjustice.org

**Certificate of Service**

I hereby certify that on October 14, 2016, I served a true and correct copy of the forgoing to all other counsel in this case pursuant to F.R.C.P. 5 by filing this motion in the Courts electronic filing management system.

s/ Dermot Lynch
Dermot Lynch