**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 15-cv-01889-REB-CBS
RODOLFO LLACUA, *et al.*
    Plaintiffs,
v.
WESTERN RANGE ASSOCATION, *et al.*
    Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

---

Upon consideration of Plaintiffsq Motion to Withdraw dated October 14, 2016, it is hereby:

**ORDERED** that Plaintiffsq Motion, dated October 14, 2016, is **GRANTED**

Date:_____                    _____
                                 Robert Blackburn
                                 United States District Court Judge