**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-01889-REB-CBS

RODOLFO LLACUA, et al.,

      Plaintiffs,

v.

WESTERN RANGE ASSOCIATION, et al.,

      Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Re: Objections to Recommendation of the United States Magistrate Judge** [#173] entered by Senior Judge Robert E. Blackburn on March 7, 2017; it is

ORDERED the magistrate judge's **Memorandum Opinion and Recommendation on Plaintiffs' Motion To Amend the Second Amended Complaint** [158] is approved in part and rejected in part; it is further

ORDERED that the plaintiffs' federal claims are dismissed with prejudice; it is further

ORDERED that plaintiffs' pendant state law claims are dismissed without prejudice; it is further

ORDERED that judgment enters on behalf of defendants, Western Range Association; Mountain Plains Agricultural Service, Martin Auza Sheep Corporation, Nottingham Land and Livestock, LLLP; Two Bar Sheep Corporation, LLC; Ball Brothers Sheep Company; Estill Ranches, LLC; Cunningham Sheep Company; Dennis Richins dba Dennis Richins Livestock; and Child Ranch, LLC, and against plaintiffs, Rodolfo Llacua; Esliper Huaman; Leovegildo Vilchez Guerra; Liber Vilchez Guerra; Rafael de la Cruz, and behalf of themselves and all others similarly situated, as follows:

    a. That judgment with prejudice shall enter as to plaintiffs' federal antitrust and RICO claims against defendants; and

    b. That judgment without prejudice shall enter as to plaintiffs' state law claims; it is further

ORDERED that defendants are awarded their costs, to be taxed by the clerk of the court in the time and manner required by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and it is further

ORDERED this case is closed.

DATED at Denver, Colorado, this 7th day of March, 2017.

    FOR THE COURT:

    Jeffrey P. Colwell, Clerk

    By: s/ K. Finney
       K. Finney
       Deputy Clerk