**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 15-cv-01889-REB-CBS

RODOLFO LLACUA, et al.,
and those similarly situated

       Plaintiffs,

  v.

WESTERN RANGE ASSOCIATION, et al

       Defendants.

---

**NOTICE OF FILING
STATEMENT REGARDING BILL OF COSTS**

---

NOW COMES Defendant Mountain Plains Agricultural Services (hereinafter referred to as "Defendant MPAS"), by and through the undersigned counsel, pursuant to FRCP 54 and D.C.COLO.L.Civ.R. 54.1, and files this Notice of Filing regarding Defendant MPAS' contemporaneously filed Bill of Costs.

1. This Court entered judgment against the Plaintiffs and in favor of Defendants on March 3, 2017. The Court further awarded costs against Plaintiffs. *See* Docket Nos. 173 and 174.

2. Defendant MPAS is, contemporaneous with this Notice, filing its Bill of Costs seeking five hundred forty-three dollars and no cents ($543.00) for "Fees of the Clerk."

3. The "Fees of the Clerk" sought by Defendant MPAS are the original admission fees charged by the Clerk of Court for MPAS' counsel of record. The Clerk of Court charged two hundred eleven dollars and no cents ($211.00) each for the admission of MPAS counsel J. Larry Stine, Elizabeth K. Dorminey and Ray Perez. *See* Exhibit A, receipts. However, the Judicial Conference of the United States only authorizes the recovery of one hundred eight-one dollars and no cents ($181.00) per original admission. Thus, Defendant MPAS is seeking a total of five hundred forty-three dollars and no cents ($181.00 x 3 original admissions = $543.00).

4. Defense counsel has conferred with Plaintiffs' counsel regarding these costs, and understands from Plaintiffs' counsel that the Plaintiffs intend to file a Notice of Appeal and to seek a stay of any cost award. Additionally, Plaintiffs oppose Defendant's Bill of Costs, and will file an Objection.

5. More specifically, Plaintiffs contend that the sum sought as costs are unrecoverable *pro hac vice* admission fees. That is incorrect. The sum sought here is the "original admission fee" and as such are indeed recoverable as costs. 28 U.S.C. §1920(1) specifically authorizes the recovery of the "fees of the clerk and marshall" as costs under FRCP 54(d)(1). "Fees of the clerk," in turn, are further defined by 28 U.S.C. §1914, which includes subsection (b): "[T]he clerk shall collect from the parties such additional fees only as are prescribed by the Judicial Conference of the United States." The Judicial Conference, in its "District Court Miscellaneous Fee Schedule," specifically

2

lists "10. For original admission of attorneys to practice, $181 each, including a certificate of admission." See http://www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule. Thus, the amount sought is specifically authorized by the Judicial Conference, was charged by the Clerk of Court to Defendant MPAS, and thus is recoverable as costs under FRCP 54.

6. Defense counsel is available telephonically to participate in a hearing with the Clerk's Office on this matter.  The undersigned can be reached at (404) 365-0900.

7. Counsel for both parties are available for a hearing regarding Defendant MPAS' Bill of Cost at 9:30 A.M. M.D.T. on Thursday, March 30, 2017.

Submitted this 21st day of March, 2017.

                                        */s/ J. Larry Stine*
                                        J. Larry Stine
                                        Elizabeth K. Dorminey
                                        WIMBERLY, LAWSON, STECKEL,
                                          SCHNEIDER & STINE, P.C.
                                        Suite 400, Lenox Towers
                                        3400 Peachtree Road, N.E.
                                        Atlanta, Georgia 30326
                                        Phone: (404)365-0900
                                        Fax: (404) 261-3707
                                        Email: jls@wimlaw.com
                                                    bdorminy@bellsouth.net

                                        *Attorneys for Defendant*
                                        *Mountain Plains Agricultural Service*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 15-cv-01889-REB-CBS

RODOLFO LLACUA, et al.,
and those similarly situated

        Plaintiffs,

v.

WESTERN RANGE ASSOCIATION, et al

        Defendants.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 21st day of March, 2015, I electronically filed **Defendant Mountain Plains Agricultural Services' NOTICE OF FILING w**ith the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        Alexander Hood    Nina E. DiSalvo    Andrew Schmidt
        TOWARDS JUSTICE
        1535 High St., Suite 300
        Denver, CO 80218

This 21st day of March, 2017.

        */s/ J. Larry Stine*
        J. Larry Stine
        WIMBERLY, LAWSON, STECKEL,
         SCHNEIDER & STINE, P.C.
        Suite 400, Lenox Towers
        3400 Peachtree Road, N.E.
        Atlanta, Georgia 30326
        Phone: (404)365-0900
        Fax: (404) 261-3707
        Email: jls@wimlaw.com

        *Attorneys for Defendant*
        *Mountain Plains Agricultural Service*