# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-01889-REB-CBS

RODOLFO LLACUA, *et al.*,

    Plaintiffs,

v.

WESTERN RANGE ASSOCATION, *et al.*,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on March 7, 2017.

    Respectfully Submitted,

    s/Alexander Hood
    Alexander Hood
    David Seligman
    Andrew Schmidt
    Nina Disalvo
    Towards Justice
    1535 High Street, Suite 300
    Denver, CO 80218
    Tel.: 720-239-2606
    Fax: 303-957-2289
    Email:
        alex@towardsjustice.org

    Attorneys for Plaintiffs

2

**Certificate of Service**

    I hereby certify that on March 28, 2017, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed.R.Civ.P. 5.

                                    s/Alexander Hood
                                    Alexander Hood