FILED
United States Court of Appeals
Tenth Circuit

July 16, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| RODOLFO LLACUA; ESLIPER HUAMAN; LEOVEGILDO VILCHEZ GUERRA; LIBER VILCHEZ GUERRA; RAFEAL DE LA CRUZ,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>WESTERN RANGE ASSOCIATION; MOUNTAIN PLAINS AGRICULTURAL SERVICE; MARTIN AUZA SHEEP CORPORATION; NOTTINGHAM LAND AND LIVESTOCK, LLLP; TWO BAR SHEEP CORPORATION, LLC; CUNNINGHAM SHEEP COMPANY; DENNIS RICHINS, d/b/a Dennis Richins Livestock,<br><br>    Defendants - Appellees. | No. 17-1113<br>(D.C. No. 1:15-CV-01889-REB-CBS)<br>(D. Colo.) |

_____

**JUDGMENT**

_____

Before **HARTZ**, **MURPHY**, and **McHUGH**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court. In all other respects, the orders of the district court are hereby affirmed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk