FILED
United States Court of Appeals
Tenth Circuit

September 23, 2019

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

RODOLFO LLACUA, et al.,

    Plaintiffs - Appellants,

v.

WESTERN RANGE ASSOCIATION, et al.,

    Defendants - Appellees.

No. 17-1113

_____

**ORDER**
_____

Before **HARTZ**, **MURPHY**, and **McHUGH**, Circuit Judges.
_____

    This matter is before the court on "Appellants' Petition for Panel Rehearing and En Banc Review," "Motion of Open Markets Institute for Leave to File Amicus Curiae Brief in Support of Plaintiffs-Appellants' Petition for Panel Rehearing and *En Banc* Review," and "Motion for Leave to File Brief of Professors Herbert Hovenkamp, Esq. and Eric A. Posner, Esq. as *Amici Curiae* in Support of Plaintiffs-Petitioners' Petition for Rehearing."

    Upon consideration, the *amici curiae* motions are granted. The clerk shall file the proposed briefs submitted with the motions effective the dates of receipt.

    Having carefully considered the petition and the filings in this appeal, we direct as follows:

To the extent Appellants seek rehearing by the panel, the petition is denied pursuant to Fed. R. App. P. 40.

The petition for rehearing *en banc* was transmitted to all of the judges of the court who are in regular active service and who are not disqualified. As no member of the panel and no judge in regular active service on the court requested that the court be polled, the petition seeking rehearing *en banc* is denied pursuant to Fed. R. App. P. 35(f).

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Lindy Lucero Schaible
           Counsel to the Clerk