IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01889-REB-STV

RODOLFO LLACUA, et al.

     Plaintiffs,

v.

DENNIS RICHINS d/b/a DENNIS RICHINS LIVESTOCK,

     Defendant.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Leovegildo Vilchez Guerra, Liber Vilchez, and Esliper Huaman and Defendant Dennis Richins d/b/a Dennis Richins Livestock, hereby stipulate that all of the claims in this action shall be dismissed ***with prejudice***, with each side to bear their or its own costs, expenses, and attorneys' fees.

Dated: May 20, 2021.

| TOWARDS JUSTICE – DENVER | BRYAN CAVE LEIGHTON PAISNER LLP |
|---|---|
| s/ *Alexander N. Hood* | s/ *Desmonne A. Bennett* |
| Alexander N. Hood | Desmonne A. Bennett |
| David H. Seligman | Michael J. Hofmann |
| PO Box 371680, PMB 44465 | 1700 Lincoln Street, Suite 4100 |
| Denver, CO 80237-5680 | Denver, CO 80203 |
| Telephone: 720-239-2606 | Telephone: (303) 861-7000 |
| david@towardsjustice.org | desmonne.bennett@bclplaw.com |
| alex@towardsjustice.org | michael.hofmann@bclplaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |