**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01889-REB-STV

RODOLFO LLACUA, et al.

    Plaintiffs,

v.

DENNIS RICHINS d/b/a DENNIS RICHINS LIVESTOCK,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#262],[1] filed May 20, 2021. Rule 41(a)(1)(A)(iI) provides that a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation satisfies those requirements. Because the parties have so stipulated, the dismissal will be with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#262], filed May 20, 2021, is approved;

2. That plaintiffs' claims are dismissed with prejudice, with each party to bear their own attorney fees and costs;

3. That any pending pretrial deadlines are vacated;

---

[1] "[#262]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

    4.  That the combined Final Pretrial Conference and Trial Preparation Conference scheduled for November 24, 2021, at 1:30 p.m., is vacated;

    5.  That the trial scheduled to commence on December 13, 2021, is vacated; and

    6.   That this case is closed.

Dated May 21, 2021, at Denver, Colorado.

**BY THE COURT:**

*[signature]*

Robert E. Blackburn
United States District Judge